**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CRAGO, d/b/a DASH COMPUTERS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MITSUBISHI ELECTRIC CORPORATION, et al. <br><br> Defendants. | Case No. 14-CV-2058 SC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

On May 20, 2014, Plaintiffs filed an Administrative Motion to Seal Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) to file portions of the following document under seal:

- **FIRST AMENDED DIRECT PURCHASER PLAINTIFFS' CLASS ACTION COMPLAINT AGAINST MITSUBISHI AND THOMPSON**

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion To Seal Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) is GRANTED.

**IT IS SO ORDERED.**

Dated: June 10, 2014.

Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE